IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC. and AMGEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., BARR LABORATORIES, INC., <br><br> Defendants. | Civil Action No.: _____ |

**PLAINTIFF THE BRIGHAM AND WOMEN'S HOSPITAL, INC.'S
RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff The Brigham and Women's Hospital, Inc. states that it has no publicly held parent corporation and that no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*
*The Brigham and Women's Hospital, Inc.*
*and Amgen, Inc.*

*Of Counsel:*

Robert L. Baechtold
John D. Murnane
Leisa Smith Lundy
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

July 25, 2008