IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC. and AMGEN INC., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., BARR LABORATORIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No.: _____ ) ) ) ) ) |

**PLAINTIFF NPS PHARMACEUTICALS, INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff NPS Pharmaceuticals, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Mary W. Bourke*

Mary W. Bourke (#2356)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
mbourke@cblh.com

*Attorneys for Plaintiff NPS Pharmaceuticals, Inc.*

July 25, 2008