IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC. and AMGEN INC., <br><br>        Plaintiffs,<br><br>        v.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., BARR LABORATORIES, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: _____<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF AMGEN INC.'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Amgen Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

                                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                              /s/ Maryellen Noreika
                                                              Jack B. Blumenfeld (#1014)
                                                              Maryellen Noreika (#3208)
                                                               1201 North Market Street
                                                               P.O. Box 1347
                                                               Wilmington, DE 19899

*Of Counsel:*
                                                               (302) 658-9200
                                                               jblumenfeld@mnat.com
Robert L. Baechtold                            mnoreika@mnat.com
John D. Murnane
Leisa Smith Lundy                              *Attorneys for Plaintiffs*
Joshua I. Rothman                             *The Brigham and Women's Hospital, Inc.*
FITZPATRICK, CELLA, HARPER & SCINTO    *and Amgen, Inc.*
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

July 25, 2008