AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

The Brigham and Women's Hospital, Inc.,
NPS Pharmaceuticals, Inc. and
Amgen Inc.,            Plaintiffs,

V.

Teva Pharmaceuticals USA, Inc.,
Teva Pharmaceutical Industries Ltd.,
and Barr Laboratories, Inc.,
            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08-464

TO: (Name and address of Defendant)
   Barr Laboratories, Inc.
   c/o Corporation Services Company
   2711 Centerville Road - Suite 400
   Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   Maryellen Noreika
   Morris, Nichols, Arsht & Tunnell LLP
   1201 North Market Street
   P.O. Box 1347
   Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

7/28/08

CLERK                                        DATE

Beth Duva

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  July 28, 2008 |
| NAME OF SERVER (PRINT)  Thomas Lyle | TITLE  Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Barr Laboratories, Inc. c/o Corporation Services Company, 2711 Centerville Road – Suite 400, Wilmington, DE 19808

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/28/08
                   Date

Signature of Server: Thomas Lyle

800 King Street
Suite 102
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.