IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC. and AMGEN INC.,<br><br>   Plaintiffs and<br>   Counterclaim-Defendants,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and BARR LABORATORIES, INC.,<br><br>   Defendants and<br>   Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 08-464-HB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, the undersigned counsel moves the admission *pro hac vice* of John L. North, Jeffrey J. Toney, David E. Wigley, Jeffrey D. Blake, and David A. Reed, of Sutherland, Asbill & Brennan, LLP, to represent Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. in the above matter. Pursuant to this Court's Standing Order effective January 1, 2005, I certify that the annual fee for *pro hac* admission is being submitted in connection with this application.

-2-

August 19, 2008                                BAYARD, P.A.

                                                                               /s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899-5130
302-655-5000

Attorneys for Defendants
and Counterclaim-Plaintiffs,
Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.

OF COUNSEL:

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
David A. Reed
999 Peachtree Street
Atlanta, Georgia 30309-3996
404-853-8000

                         SO ORDERED, this _____ day of August, 2008

                         _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8·18·08

John L. North
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Counsel for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/18/08

Jeffrey J. Toney
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Counsel for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: August 18, 2008

_____
David E. Wigley
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Counsel for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the States of Georgia and New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8/18/08

Jeffrey D. Blake
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Counsel for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 is being submitted to the Clerk's Office with the accompanying motion.

Dated: 8-18-2008

_David A. Reed_
David A. Reed
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
Counsel for Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 19, 2008, he served the foregoing documents by email and by hand upon the following counsel:

| | |
|---|---|
| Jack B. Blumenfeld | Mary W. Bourke |
| Maryellen Noreika | Connolly Bove Lodge & Hutz |
| Morris, Nichols, Arsht & Tunnell | The Nemours Building |
| 1201 North Market Street | 1007 North Orange Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |

The undersigned counsel further certifies that, on August 19, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Robert L. Baechtold
John D. Murnane
Leisa Smith Lundy
Joshua I. Rothman
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112

                                                  /s/ Richard D. Kirk, (rk0922)
                                                  Richard D. Kirk