IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC. and AMGEN INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD. and BARR LABORATORIES, INC., <br><br> Defendants. | C.A. No. 08-464-HB <br><br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT BARR'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Barr Laboratories, Inc. makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Barr Laboratories, Inc. is a wholly-owned subsidiary of Barr Pharmaceuticals, Inc. Barr Pharmaceuticals, Inc. is publicly traded on the New York Stock Exchange under the ticker symbol BRL. To the best of our knowledge as of the date hereof, no publicly-held corporation or parent corporation currently owns 10% or more of Barr Pharmaceuticals' stock. However, Barr Pharmaceuticals recently entered into an agreement with Teva Pharmaceuticals, Inc. whereby Teva Pharmaceuticals has agreed to acquire 100% of Barr Pharmaceuticals' stock. It is expected that this agreement will be finalized sometime in the fourth quarter of 2008.

Dated: August 19, 2008             */s/ Richard K. Herrmann*
                                                           Richard K. Herrmann (#405)
                                                           Mary B. Matterer (#2696)
                                                           MORRIS JAMES LLP
                                                           500 Delaware Avenue, Suite 1500
                                                           Wilmington, Delaware 19801
                                                           Telephone: (302) 888-6816
                                                           Fax: (302) 571-1750
                                                           Email: rherrmann@morrisjames.com
                                                           Email: mmatterer@morrisjames.com

                                                           George C. Lombardi
                                                           Imron T. Aly
                                                           Elizabeth H. Erickson
                                                           WINSTON & STRAWN LLP
                                                           35 West Wacker Drive
                                                           Chicago, Illinois 60601
                                                           Telephone: (312) 558-5600
                                                           Fax: (312) 558-5700
                                                           Email: glombardi@winston.com
                                                           Email: ialy@winston.com
                                                           Email: eerickson@winston.com

                                                           *Attorneys for Defendant Barr Laboratories, Inc.*