IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC. and AMGEN INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and BARR LABORATORIES, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | C.A. No. 08-464-HB |

## THE TEVA DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants in the above-captioned action certifies that Teva Pharmaceuticals USA, Inc. is a wholly-owned subsidiary of Orvet UK Unlimited, which is a wholly-owned subsidiary of Teva Pharmaceuticals Europe B.V., which is a wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., a publicly-traded company. To the best of Teva Ltd.'s knowledge, no publicly held corporation owns 10% or more of Teva Ltd.'s stock.

[remainder of page intentionally blank]

August 21, 2008                                          BAYARD P.A.

/s/ Richard D. Kirk (rk0922)
Richard D. Kirk
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899-5130
302-655-5000

Attorneys for Defendants and
Counterclaim-Plaintiffs,
Teva Pharmaceuticals USA, Inc. and
Teva Pharmaceutical Industries Ltd.

OF COUNSEL:

SUTHERLAND ASBILL & BRENNAN LLP
John L. North
Jeffrey J. Toney
Jeffrey D. Blake
David A. Reed
999 Peachtree Street
Atlanta, Georgia 30309-3996
404-853-8000

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that, on August 21, 2008, he served the foregoing documents by email and by hand upon the following counsel:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Mary W. Bourke
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

The undersigned counsel further certifies that, on August 21, 2008, he served the foregoing documents by email and by U.S. Mail upon the following counsel:

Robert L. Baechtold
John D. Murnane
Leisa Smith Lundy
Joshua I. Rothman
Fitzpatrick Cella Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112

/s/ Richard D. Kirk, (rk0922)
Richard D. Kirk

{BAY:01129418v1}
656846-1