IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIGHAM AND WOMEN'S HOSPITAL     :          CIVIL ACTION
INC., et al.                     :
                                 :
     v.                          :
                                 :
TEVA PHARMACEUTICALS USA, INC    :
et al.                           :          NO. 08-464

SIXTH SCHEDULING ORDER

AND NOW, this 30th day of September, 2010, following telephone conferences with counsel, it is hereby ORDERED that:

1.  Trial will begin on November 30, 2010 at 9:30 a.m. in Courtroom 16A, United States Courthouse, Philadelphia, Pennsylvania.

2.  Defendants shall put on their evidence first since defendants have conceded infringement.

3. All parties shall prepare and file with the Clerk of Court their <u>Pretrial Memoranda</u> and their proposed <u>findings of fact and conclusions of law</u> as follows:

     A.  Defendants - on or before November 5, 2010; and

     B.  Plaintiffs - on or before November 12, 2010.

4.  The <u>Pretrial Memorandum</u> shall identify any significant legal issues involved in the case, together with appropriate citations and other legal authority.

5.  All <u>motions in limine</u> shall be filed by November 16,

2010.  All responses to motions in limine shall be filed by November 22, 2010.

5.  If any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of counsel prior to trial for such information.  If the inquiring party is dissatisfied with any offer provided, such party shall file a motion seeking relief from the Court prior to trial.

6.  Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The court should be supplied with two (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

7.  No brief filed in support of or in opposition to any motion shall exceed 25 pages in length without prior leave of court.


BY THE COURT:


/s/ Harvey Bartle III
HARVEY BARTLE III      C.J.
SITTING BY DESIGNATION


-2-