IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE BRIGHAM AND WOMEN'S HOSPITAL, INC., NPS PHARMACEUTICALS, INC., and AMGEN INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., and BARR LABORATORIES, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br><br> C.A. No. 08-464-HB |

**STIPULATION AND ORDER MODIFYING**
**THE SIXTH SCHEDULING ORDER DATED SEPTEMBER 30, 2010**

The parties hereto, Plaintiffs The Brigham and Women's Hospital, Inc., NPS Pharmaceuticals, Inc., and Amgen Inc. (collectively "Plaintiffs") and Defendants Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., and Barr Laboratories, Inc. (collectively "Defendants"), having reached agreement, subject to the approval of the Court, to extend certain dates in the Court's Sixth Scheduling Order, as set forth in a letter to the Court dated October 12, 2010;

IT IS HEREBY STIPULATED AND ORDERED that the dates set forth in the September 30, 2010 Scheduling Order shall be modified as follows:

All parties shall prepare and file with the Clerk of Court their Pretrial Memorandum and their proposed findings of fact and conclusions of law as follows:

    A.    Defendants – on or before November 11, 2010; and

    B.    Plaintiffs – on or before November 17, 2010.

All motions in limine shall be filed by November 19, 2010. All responses to motions in limine shall be filed by November 24, 2010.

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Jack B. Blumenfeld*

    Jack B. Blumenfeld (#1014)
    Maryellen Noreika (#3208)
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200
    jblumenfeld@mnat.com
    mnoreika@mnat.com

    *Attorneys for Plaintiffs The Brigham and Women's Hospital, Inc. and Amgen, Inc.*

OF COUNSEL:

Robert L. Baechtold
John D. Murnane
Leisa Smith Lundy
Joshua I. Rothman
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
(212) 218-2100

    CONNOLLY BOVE LODGE & HUTZ

    */s/ Mary W. Bourke*

    Mary W. Bourke (#2356)
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899
    (302) 888-6305
    mbourke@cblh.com

    *Attorneys for Plaintiff NPS Pharmaceuticals, Inc.*

BAYARD, P.A.

*/s/ Richard D. Kirk*

---

Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendants
Teva Pharmaceuticals USA, Inc.,
Teva Pharmaceutical Industries Ltd.,
and Barr Laboratories, Inc.*

OF COUNSEL:

John L. North
Jeffrey J. Toney
Jeffrey D. Blake
David A. Reed
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street
Atlanta, GA 30309
(404) 853-8000

SO ORDERED this _____ day of October 2010.

---

J.